IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-CR-082

FILED
ASHEVILLE, N.C.
JUN 21 2017
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| vs. | ) |
| | ) |
| RUTH MARIE MCCOY, et al. | ) |
| | ) |
| Defendants. | ) |

## **ORDER TO UNSEAL**

Upon the motion of the United States, and for good cause shown, the Court hereby ORDERS that Document Number 1 in this matter be unsealed

SO ORDERED, this ___21st___ day of June, 2017.

DENNIS L. HOWELL
U.S. Magistrate Judge
Asheville, North Carolina

1